# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-6214__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Sheriff Donnie Harrison, Michael J. Hayes, Waco Douglas, Jr., Ohio Casualty Insurance Company and Duane D. Greenfield as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ J. Nicholas Ellis
(signature)

| | |
|---|---|
| J. Nicholas Ellis | 252-446-2341 |
| Name (printed or typed) | Voice Phone |
| Poyner Spruill LLP | 252-972-7045 |
| Firm Name (if applicable) | Fax Number |
| P.O. Box 1801 | |
| Raleigh, NC 27602-1801 | jnellis@poynerspruill.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __02/24/2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Eric L. Doggett
Doggett Law Offices
3737 Glenwood Avenue, Suite 100
Raleigh, NC 27612-5515

Gregory M. Kash
Law Offices of Gregory M. Kash
434 Fayetteville Street, Suite 2350
Raleigh, NC 27601-1787

/s/ J. Nicholas Ellis                                    02/24/2014
Signature                                                      Date

11/17/2011
SCC